# Exhibit A To the Complaint

**Exhibit A[1]**

1. Chicken Dunks Meal Kit
2. Chicken Nugget Meal Kit
3. Chicken Popper Kabbobles Meal Kit
4. Crispy Grilled Cheesies, Original Cheese Sandwich
5. Crispy Grilled Cheesies, Pepperoni Pizza Sandwich
6. Extra Cheesy Pizza Meal Kit
7. Ham & American Cheese Cracker Stackers Meal Kit
8. Ham & American Cheese Cracker Stackers Snack Kit
9. Ham & American Cheese Sub Meal Kit
10. Ham & Cheddar Cheese Cracker Stackers Snack Kit
11. Ham & Cheddar Cheese with Crackers Snack Kit
12. Ham & Cheddar Convenience Meal
13. Ham & Swiss Cheese with Crackers Snack Kit
14. Light Bologna & American Cheese Cracker Stackers Snack Kit
15. Nachos Cheese Dip & Salsa Meal Kit
16. Nachos with Cheese & Salsa Meal Kit
17. Pepperoni & Mozzarella Cheese Snack Kit
18. Pepperoni & Extra Cheesy Pizza Snack Kit
19. Pepperoni Deep Dish Pizza Meal Kit
20. Pizza & Treatza Meal Kit
21. Pizza with Pepperoni Meal Kit
22. Pizza with Pepperoni Snack Kit
23. Turkey & American Cheese Snack Kit
24. Turkey & American Cheese Cracker Stackers Meal Kit
25. Turkey & American Cracker Stackers
26. Turkey & Cheddar Cheese Cracker Stackers Meal Kit
27. Turkey & Cheddar Cheese Sub Meal Kit
28. Turkey & Cheddar Cheese with Crackers Snack Kit
29. Turkey & Cheddar Single Serve Convenience Meal
30. Turkey & Reduced Fat Cheddar Cracker Stackers Meal Kit
31. Turkey & American Cracker Stackers Snack Kit
32. Turkey, Ham & American Cheese Sub Meal Kit

---

[1] List compiled from Lunchables Meal Kits and Snacks Kits advertised by Kraft Heinz on its Lunchables website, Lunchables – Products | Kraft Heinz (accessed April 12, 2024).